## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Aiello, Casimer J

Printed: 12/28/07

Case Number: 03 B 51973
Judge: Wedoff, Eugene R
Filed: 12/30/03

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed: November 16, 2007
Confirmed: February 26, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 21,875.00 |  |
| Secured: |  | 18,217.76 |
| Unsecured: |  | 891.72 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,494.00 |
| Trustee Fee: |  | 1,142.28 |
| Other Funds: |  | 129.24 |
| Totals: | 21,875.00 | 21,875.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Joseph Wrobel Ltd | Administrative | 1,494.00 | 1,494.00 |
| 2. | Horizon Bank | Secured | 18,217.76 | 18,217.76 |
| 3. | Horizon Bank | Unsecured | 375.30 | 375.30 |
| 4. | Discover Financial Services | Unsecured | 506.42 | 506.42 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 10.00 | 10.00 |
| 6. | Comcast | Unsecured |  | No Claim Filed |
| 7. | Village of Norridge | Unsecured |  | No Claim Filed |
| 8. | MBNA America | Unsecured |  | No Claim Filed |
| 9. | Sprint PCS | Unsecured |  | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 20,603.48 | $ 20,603.48 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 174.99 |
| 4% | 100.00 |
| 6.5% | 318.72 |
| 3% | 44.25 |
| 5.5% | 210.40 |
| 5% | 63.75 |
| 4.8% | 122.40 |
| 5.4% | 107.77 |
| | _____ |
| | $ 1,142.28 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Aiello, Casimer J

Printed:  12/28/07

Case Number:  03 B 51973

Judge:  Wedoff, Eugene R

Filed:  12/30/03

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

